UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 13-10072-CIV-KING**

EYEPARTNER, INC., a Florida corporation,

    Plaintiff,

vs.

KOR MEDIA GROUP LLC, a Nevada limited
liability company d/b/a GLOVUE; ROBERT
KORMAN, an individual; and NIC MITCHELL,

    Defendants.

_____/

## ORDER APPOINTING COMPLIANCE MONITOR AND ELECTRONIC DISCOVERY MASTER

Pursuant to Fed. R. Civ. P. 53(a), the Court appoints a Special Master to ensure compliance with the Court's Preliminary Injunction entered on July 15, 2013 (see attached order) and to manage a discovery phase and resolve discovery disputes by making recommendations to the Court. The Court gives notice to the parties of its intention to appoint attorney Steve Zack (a partner at Boies, Schiller & Flexner LLP in Miami as well as a former president of the American Bar Association and the Florida Bar). Counsel for both parties may file any objection to the appointment because of a relationship to the parties, conflict due to prior or present legal representation, or any grounds for disqualification pursuant to 28 U.S.C. § 455. Mr. Zack will file an affidavit indicating no conflict and the parties will have ten (10) days to object citing the reasons.

The Special Master shall be compensated at his typical hourly rate payable 50% by each party. All recommendations by the Master shall be in writing to the Court with an opportunity to be heard by the litigants before the issuance of a report and the ability to object to the Court after the

recommendation is made. Once a specific Master is appointed, counsel may suggest modifications to this order in compliance with Rule 53. It is the intent of the Court for the proceedings to be before the Master to be conducted informally without the need of a court reporter. If evidence needs to be presented, it must be done either before a district judge or a magistrate judge. However, the use of the Special Master under the limited circumstances of this case will save the parties substantial fees and costs and will lead to a quicker resolution of their disputes.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of July, 2013.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record