# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EYEPARTNER, INC., | Case No. 2:14-cv-00430-JAD-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| KOR MEDIA GROUP LLC, et al., | |
| Defendants. | |

      This matter is before the Court on Special Master's Motion for Clarification (#232), filed May 14, 2014. Upon filing of the motion, the undersigned scheduled a telephonic hearing to address the questions raised within the motion. The hearing was vacated upon representation by the parties that there was no need for the Special Master during the pendency of the stay. *See* Min. Order (#231) (granting the parties request for a sixty (60) day stay); *see also* Memorandum (#234) and (#235).

      This case was transferred to the District of Nevada from the Southern District of Florida on March 21, 2014. It is currently stayed while the parties pursue resolution through mediation. Prior to transfer, the parties engaged in significant discovery. To aid in those efforts, the Southern District of Florida appointed a special master. By way of this motion, the Special Master seeks clarification as to whether his services remain necessary in light of the transfer, the parties' financial position, and the stay. The undersigned has reviewed the record and concludes that the services of the Special Master are no longer necessary. Further, the Court agrees with the Special Master that if additional services are necessary it would be more advisable to appoint a local master. Should the parties be unable to resolve the case during the course of the stay, the Court may revisit the need for a special master. This Court takes no position on the payment of fees, which appear to be subject of an order issued from the Southern District of Florida. (#205).

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Special Master's Motion for Clarification (#232) is **granted**.

**IT IS FURTHER ORDERED** that the Special Master is discharged for the reasons stated herein.

DATED: May 22, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2